UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE CHARLENE EDWARDS HONEYWELL

| | |
|---|---|
| CASE NO. 8:20-cr-222-CEH-TGW<br>TITLE: USA v. **Joshua Hayes**<br>TIME: 10:04AM – 10:52 AM | DATE: April 1, 2021<br><br>TOTAL: 48 minutes |
| Courtroom Deputy: Bettye Samuel | Interpreter: N/A |
| Court Reporter: Sharon Miller | Probation: Kelly Primrose |
| Counsel for Government: Candace Garcia Rich | |
| Counsel for Defendant: Adam Joseph Nate | |

# CRIMINAL MINUTES

Court in session and counsel identified for the record.

Defendant sworn and adjudicated guilty as to Counts One, Two, and Three of the Indictment.

Counsel addressed the Court.

Defendant's *Oral Motion for Downward Variance* is GRANTED for the reasons stated on the record.

Imprisonment: 480 months. This term consists of a 240 month term each as to Counts One and Two, to run concurrently, and a 240 month term as to Count Three, to run consecutively to the term imposed as to Counts One and Two.

Supervised Release: 30 years as to each count, all such terms to run concurrently.

Fine is waived.

Special Assessment: $300.00. This obligation is to be paid immediately.

JVTA Assessment: Waived.

The Court makes the following recommendations to the Bureau of Prisons:

1. Defendant be incarcerated at the closest correctional facility with the appropriate security level to FCC Coleman.
2. Defendant be allowed to study for and obtain his GED.
3. Defendant be allowed to receive vocational training in the following areas: welding, electrical services and plumbing.
4. Defendant be allowed to participate in the UNICOR program, if eligible.

Special conditions of supervised release:

- Defendant shall participate in a mental health program specializing in sexual offender treatment and submit to polygraph testing for treatment and monitoring purposes.  Defendant shall follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payments and in conformance with the Probation Office's Sliding Scale for Treatment Services.

- Defendant shall register with the state sexual offender registration agency(s) in any state where Defendant resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer.

- The probation officer shall provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct Defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

- Defendant shall have no contact, direct or indirect, with the victims identified in Counts One and Two, A.H. and D.H.

- Defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

- Defendant is prohibited from possessing, subscribing to, or viewing, any images, video, magazines, literature, or other materials depicting children in the nude and/or in sexually explicit positions.

- Without prior written approval of the probation officer, Defendant is prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider.  This prohibition includes a computer at a public library, an internet café, your place of employment, or an educational facility.  Also, Defendant is prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program.  If approved to possess or use such a device, Defendant must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition.  The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition.  If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.  Failure to submit to a search may be grounds for revocation.

- Defendant shall provide the probation officer access to any requested financial information.

- The mandatory drug testing requirements of the Violent Crime Control Act are suspended.  However, the Court orders Defendant to submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

A Restitution hearing shall be scheduled by separate notice.  Defendant's presence is required.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 43 |
| Criminal History Category | I |
| Imprisonment Range | 960 months |
| Supervised Release Range | 5 years - life (per count) |
| Restitution | TBD |
| Fine Range | $50,000 - $250,000 |
| Special Assessment | $300.00 |

Court adjourned.